# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN LAMBERT, | )<br>) |
| Plaintiff, | ) Case No. CV 16-02763 AJW<br>) |
| v. | ) **J U D G M E N T**<br>) |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to defendant for further administrative proceedings consistent with the memorandum of decision.

May 24, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge